# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VICTOR KEARNEY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LOUIS ABRUZZO, Trustee of the Mary Pat Abruzzo Kearney Testamentary Trusts B and C; BENJAMIN ABRUZZO, Trustee of the Mary Pat Abruzzo Kearney Testamentary Trusts B and C; THE MARY PAT ABRUZZO KEARNEY TESTAMENTARY TRUSTS B AND C; and DOES 1 through 50, inclusive,<br>　　　　　　Defendants. | Case No.: 3:18-cv-00468-LRH-WGC<br><br>**STIPULATION TO STAY PROCEEDINGS AND ORDER THEREON** |

Plaintiff VICTOR KEARNEY ("Plaintiff" and/or "Kearney") and Defendants LOUIS ABRUZZO and BENJAMIN ABRUZZO, Co-Trustees of the Mary Pat Abruzzo Kearney Testamentary Trusts B and C (collectively, the "Defendants"), by and through their respective counsel of record, hereby stipulate to stay these proceedings, including the pending Motion to Dismiss filed by Defendants, Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion to Dismiss, and the Motion to Stay filed by Plaintiff, until a determination is made as to which plan is to be confirmed in Plaintiff's New Mexico Chapter 11 Bankruptcy, which will be heard from January 31, 2019 to February 1, 2019.

///

///

1

Plaintiff and Defendants further stipulate that they will file a status report upon the outcome of the plan confirmation hearing, or by February 28, 2019, whichever is earlier. By and through the status report, Plaintiff and Defendants will reset the briefing schedules of any currently pending motions and set any additional required deadlines as needed. The Parties also stipulate that they are reserving all rights and legal arguments pending the outcome of the Bankruptcy hearings and that this Stipulation to Stay the Proceedings will expire on March 4, 2019.

DATED this  26th  day of December, 2018.        DATED this  26th  day of December, 2018.

DOTSON LAW                                                              KAEMPFER CROWELL

/s/ Mead A. Dixon                                                          /s/ Richard G. Campbell, Jr.
ROBERT A. DOTSON                                                 RICHARD G. CAMPBELL, JR.
Nevada State Bar No. 5285                                         Nevada State Bar No. 1832
MEAD A. DIXON                                                         50 W. Liberty Street, Suite 700
Nevada State Bar No. 13860                                       Reno, NV 89501
One East First Street                                                    (775) 852-3900
City Hall Tower, 16th Floor                                          Attorneys for Defendants
Reno, Nevada 89501
(775) 501-9400
Attorneys for Plaintiff

IT IS SO ORDERED.

    DATED this 2nd day of January, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE